Carl GREEN, Petitioner–Appellant,

v.

John LAMANNA, Warden of FPC Edgefield in his official capacity, Respondent–Appellee.

No. 07–6158.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 20, 2007.

Carl Green, Appellant Pro Se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Green, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Green v. La-Manna*, No. 3:06–cv–02377–PMD, 2007 WL 188737 (D.S.C. filed Jan. 22, 2007; entered Jan. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*